IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENEVA HOLIFIELD, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. CV-06-PWG-4721-S |
| v. | ) |
| HILTON HOTELS CORPORATION d/b/a Embassy Suites Hotel, | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties, through their undersigned attorneys of record, stipulate, consent and agree this case be dismissed in its entirety **with prejudice**. The Parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 27th day of September, 2007.

s/ Roderick T. Cooks
Roderick T. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319-17th Street North, Suite 200
Birmingham, AL 35203
Attorney for Plaintiff
Telephone: (205) 502-0970
Fax: (205) 251-0231
rcooks@winstoncooks.com

COUNSEL FOR PLAINTIFF

s/ Suzanne M. Alford
Emily S. Blumenthal
Georgia Bar No. 064065
Suzanne M. Alford
Georgia Bar No. 005437
*Admitted Pro Hac Vice*
JACKSON LEWIS, LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, Georgia 30303-1226
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
blumente@jacksonlewis.com
alfords@jacksonlewis.com

COUNSEL FOR DEFENDANT